FILED

01/09/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0559

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0559

STATE OF MONTANA,

      Plaintiff and Appellee,

  vs.

BRADLEY THOMAS EVANS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Motion for Extension of Time to Transmit the Record, and good cause appearing, the Appellant Evans' Motion is GRANTED. The Court Reporter is granted an extension of time up to and including March 10, 2025, within which to prepare and file the transcripts deemed necessary for appeal.